BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627

Counsel for Defendant ROCCO MOORE

FILED
SEP 2 6 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROCCO MOORE<br><br>　　　　　Defendants. | No. CR 05-00346-DLJ<br><br>STIPULATION OF PARTIES; ORDER CONTINUING DATES |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of September 23, 2005, presently scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for October 13, 2005 at 9:00 a.m.

   The reason for this request is that the necessary defense investigation is continuing, and the defense is not in a position to resolve this case or set motions, at the moment.

   It is anticipated that this process will take several weeks or more. For the foregoing reasons, the parties stipulate that the ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

| | |
|---|---|
| 1 | |
| 2 | DATED:                                    /S/ |
| 3 | |
| 4 | LEWIS A. DAVIS<br>Assistant United States Attorney |
| 5 | |
| 6 | DATED:                                    /S/ |
| 7 | |
| 8 | JOHN PAUL REICHMUTH<br>Assistant Federal Public Defender |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

<u>UNITED STATES OF AMERICA VS. ROCCO MOORE</u>

## ORDER

Upon stipulation of the parties to the above-entitled matter and good cause appearing,

FINDINGS OF THE COURT:

1. The ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS HEREBY ORDERED that the period of time between September 23, 2005 and October 13, 2005 be excluded under the speedy trial act.

IT IS FURTHER ORDERED that the STATUS HEARING date of September 23, 2005, presently scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for October 13, 2005 at 9:00 a.m.

DATED: 9-26-05

HON. D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE