BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627

Counsel for Defendant ROCCO MOORE

```
FILED
NOV 2 2 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ROCCO MOORE<br><br>            Defendants. | No. CR 05-00346-DLJ<br><br>STIPULATION OF PARTIES; ORDER CONTINUING DATES |

      IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of October 28, 2005, presently scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for December 1, 2005 at 10:00 a.m. for Change of Plea.

      The reason for this request is that the necessary defense investigation is continuing, but the parties believe that a resolution will be in place by December 1, 2005.

      For the foregoing reasons, the parties stipulate that the ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the

1  exercise of due diligence.

2

3  DATED: 11/18/05                              /S/

4
                                                _____
5                                               LEWIS A. DAVIS
                                                Assistant United States Attorney
6

7  DATED: 11/18/05
                                                /S/
8
                                                _____
9                                               JOHN PAUL REICHMUTH
                                                Assistant Federal Public Defender
10

11
    I hereby attest that I have on file all holograph signatures for any signatures indicated by a
12  "conformed" signature (/S/) within this e-filed document.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES OF AMERICA VS. ROCCO MOORE

## ORDER

Upon stipulation of the parties to the above-entitled matter and good cause appearing,

FINDINGS OF THE COURT:

1. The ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS HEREBY ORDERED that the period of time between October 28, 2005 and December 1, 2005 be excluded under the speedy trial act.

IT IS FURTHER ORDERED that the STATUS HEARING date of October 28, 2005, presently scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for December 1, 2005 at 10:00 a.m. for Change of Plea.

DATED: 11-22-05

HON. D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE