FILED
FEB 0 9 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | Docket Number: CR 05-00346-1 DLJ |
| Rocco Moore ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___March 10, 2006___ be continued until ___March 24, 2006___ at ___10:00 a.m.___ .

Date: ___Feb 9, 2006___

D. Lowell Jensen
Senior United States District Judge

NDC-PSR-009 12/06/04